

**GRANTED**

Movant shall serve copies of this ORDER on any pro se parties, pursuant to CRCP 5, and file a certificate of service with the Court within 10 days.

**Dated: Apr 12, 2011**



**Michael A. Martinez
District Court Judge**

EFILED Document
CO Denver County District Court 2nd JD
Filing Date: Apr 12 2011 1:40PM MDT
Filing ID: 36995144
Review Clerk: Linda Denton

| | |
|---|---|
| DISTRICT COURT, DENVER COUNTY, COLORADO<br><br>Court Address: 1437 Bannock Street<br>Denver, Colorado 80202 | |
| **Plaintiff:** SHONYA POOL<br><br>v.<br><br>**Defendant:** WELLS FARGO BANK, N.A. | ▲ COURT USE ONLY ▲ |
| | Case Number: 2011-CV-2123<br><br>Div.: 259 |
| **ORDER GRANTING <u>UNOPPOSED</u> MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** | |

Upon review of Defendant Wells Fargo Bank, N.A.'s Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Complaint and the file in this matter, it is:

ORDERED, that the Motion is granted, and it is

FURTHER ORDERED, that Wells Fargo shall answer, move, or otherwise respond to Plaintiff's Complaint by May 9, 2011.

DONE and ORDERED this ____ day of _____, 2011.

BY THE COURT:

_____
District Court Judge

fb.us.6609521.01

This document constitutes a ruling of the court and should be treated as such.

**Court:** CO Denver County District Court 2nd JD

**Judge:** Michael Anthony Martinez

**Current Date:** Apr 12, 2011

**Case Number:** 2011CV2123

**Case Name:** POOL, SHONYA M vs. WELLS FARGO BANK NA

**/s/ Judge Michael Anthony Martinez**