**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge William J. Martinez**

Civil Action No. 11-cv-01066-WJM-KLM

SHONYA POOL,

    Plaintiff,

v.

WELLS FARGO BANK, N.A.,

    Defendant.

_____

## ORDER OF RECUSAL
_____

    This matter is before the Court *sua sponte*. The undersigned has recently acquired a financial interest in Defendant through the purchase of shares in three funds owned by a securities affiliate of Defendant. Pursuant to 28 U.S.C. §455(b)(4) and the Code of Conduct of Conduct for United States Judges, my recusal in this matter is required.

    Accordingly, the undersigned hereby RECUSES himself from any further involvement in this action. The Clerk shall randomly reassign this case to another District Judge of this Court.

    Dated this 11th day of April, 2012.

                                                      BY THE COURT:

                                                      William J. Martínez
                                                      United States District Judge